

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CHAD ALIOTH,<br><br>               Defendants. | 8:25CR 72<br><br>INDICTMENT<br>18 U.S.C. § 1591(a) and (b)(1)<br>18 U.S.C. § 2251(a)<br>18 U.S.C. § 2260A |

The Grand Jury charges that

## COUNT I

On or about April 20, 2007, through February 27, 2025, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, CHAD ALIOTH, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit VICTIM 1, and benefit financially or by receiving anything of value, from participating in a venture which has engaged in such acts, and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause VICTIM 1 to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT II

On or about September 24, 2024, within the District of Nebraska, the defendant, CHAD ALIOTH, having previously been convicted of offenses under the laws of the State of Arizona relating to sexual abuse to wit; a conviction on or about June 16, 1994, for Attempted Sexual Assault in the Superior Court of Arizona, Maricopa County, did attempt to employ, use, persuade, induce, entice, and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for

the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT III

On or about September 24, 2024 within the District of Nebraska, the defendant, CHAD ALIOTH, an individual required by law to register as a sex offender, committed a felony offense involving minors under Title 18, United States Code, Section 2251, as charged in Count II of this Indictment.

In violation of Title 18, United States Code, Section 2260A.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
DANIELLE FLIAM
Assistant United States Attorney